**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Bakken Hunter, LLC, a Delaware limited liability company, | ) ) ) | **ORDER STAYING CASE** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| Samson Resources Company, an Oklahoma corporation, | ) ) ) ) | Case No. 4:15-cv-88 |
| Defendant. | ) | |

On October 5, 2015, defendant filed a "Suggestion of Bankruptcy" along with a copy of the voluntary petition that it filed pursuant to Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware.

Section 362(a)(1) provides that, upon the filing of a bankruptcy petition, all judicial and other proceedings are stayed. See 11 U.S.C.§ 362(a)(1); see also Missouri v. U.S. Bankruptcy Court for E.D. of Arkansas, 647 F.2d 768, 775 (8th Cir. 1981). As defendant has filed a Chapter 11 petition in the District of Delaware, this matter is **STAYED**.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court.